**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) <br> ) <br> Daniel Ross Bower ) <br> 729 11th Avenue ) <br> Buhl, ID 83316 ) <br> ) <br> Social Security No.: xxx–xx–5356 ) <br> Employer's Tax I.D. No.: ) <br> ) <br>            Debtor ) <br> ) | Case Number:   10–40012–JDP <br><br> Chapter Number: 7 |

_____

**NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO POSSIBLE RECOVERY OF ASSETS**

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has notified the court that payment of a dividend to creditors appears possible.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address below on or before 90 days from the date of this notice.

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

The proof of claim form is enclosed with this notice. It may be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose a copy of the claim (along with the original), and a stamped self–addressed envelope.

There is no fee for filing the proof of claim.

*Any creditor who has previously filed a proof of claim in this case need not file another claim.*


Dated: 6/2/10                                                                                                Elizabeth A Smith
                                                                                                                    Clerk, U.S. Bankruptcy Court

Address of the Bankruptcy Court:

US Bankruptcy Court
801 East Sherman
Pocatello, ID 83201